UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE PADWAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE SOCIAL SECURITY ADMINISTRATION, AN AGENCY OF THE UNITED STATES OF AMERICA, BY AND THROUGH ITS COMMISSIONER, MARTIN O'MALLEY,<br><br>　　　　Defendant. | Case No. 24-cv-01547-JSC<br><br>**PRETRIAL ORDER NO. 1: SUMMARY JUDGMENT SCHEDULE** |

Following the initial case management conference held on October 3, 2024, the Court ORDERS the following deadlines:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | December 12, 2024 |
| Plaintiff's Opposition and Cross-Motion: | January 9, 2025 |
| Defendant's Opposition and Reply: | January 23, 2025 |
| Plaintiff's Reply: | February 6, 2025 |
| Hearing: | February 27, 2025 |

The parties are referred to a randomly assigned magistrate judge for a settlement conference occur if, and at a time, the parties and the magistrate judge agree is appropriate.

**IT IS SO ORDERED.**

Dated: October 3, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge